# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

David B. Triemert,

    Plaintiff,

v.

Washington County and
Sheriff William Hutton and
Chief Deputy Sheriff Dan Starry and
Commander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom McCarthy and
John Doe(s) and
Jane Doe(s),

    Defendant(s).

_____/

Case No. 13CV1312PJS/JSM

**VERIFICATION OF COMPLAINT AND EXHIBITS**

SCANNED
1
JUN 0 3 2013
U.S. DISTRICT COURT ST. PAUL

# VERIFICATION OF COMPLAINT

BEFORE ME personally appeared David B. Triemert who, being by me first duly sworn and identified in accordance with Minnesota law, deposes and says:

1. My name is David B. Triemert, Plaintiff in the above matter.

2. I have read and understand the attached foregoing COMPLAINT and 2 EXHIBITS filed herein, and each fact alleged or statement made therein is true and correct of my own personal knowledge.

The above I do affirm and swear to under penalty of perjury:

FURTHER THE AFFIANT SAYETH NAUGHT.

Respectfully submitted this 3rd day of June, 2013

David B. Triemert, Affiant
2965 Lake Elmo Avenue North
Lake Elmo, MN 55042
651 248-7725

SWORN TO and subscribed before me this 3rd day of June, 2013.

_____
Notary Public

My commission expires: 1-31-16

(stamp) 
JOAN MARIE ZIERTMAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2016

2