# Private Property Rights Notice (Exhibit A)

# NOT A "MOTOR VEHICLE"

Notice to All Law Enforcement Agencies Regarding
Removal of "Motor Vehicle" from Jurisdiction of "This State"

Please be advised that I have removed my former "motor vehicle" (black Chevrolet Silverado) from Registration and jurisdiction of "This State", and the State of Minnesota, and the several united states of America, via Department of Public Safety, as of March 11, 2013. A copy of said Notice (if not attached) may be viewed online at:

### WWW.WashingtonCountyCorruption.Com

## Do Not Search    Do Not Seize   Do Not Detain   GET A WARRANT!

The Owner of the aforementioned Private Property has a **Standing Objection** to any Search, Seizure, Detainment, or Theft of his Property. Violators may/ will be prosecuted for civil and criminal liabilities on any infringement.

**Honor Your Oath! Observe and Obey the Fourth Amendment:** *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Please notify me in writing of any concerns you may have with this Notice.

David Triemert

*In exercise of the Duty as an American to preserve our God-given right to travel freely upon the Land unencumbered; and in Peaceful protest towards a tyrannical, out-of-control, Local, State, and Federal Government cartel of criminal type, professional corporate employees posing as educated, well-meaning, law abiding Public Servants*

# WARNING! YOU MAY BE RECORDED
## AUDIO/ VIDEO RECORDING EQUIPMENT IN OPERATION

As a courtesy;

"Motor Vehicle" Defined:

United States Code 18/ 31— *The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.)*

SCANNED
JUN 0 3 2013
U.S. DISTRICT COURT ST. PAUL

State of Minnesota (Exhibit B)
Department of Public Safety/ Driver and Vehicle Services Division
445 Minnesota Street, St. Paul MN 55101

March 11, 2013

### Notice for Removal of Motor Vehicle/ Registration from Jurisdiction of "This State"

Registered Owner: **DAVID BRIAN TRIEMERT (D.O.B. 05/05/1960)**
Vehicle Identification Number: **1GCGK29U4YE429215**

To Whom It May Concern

Without further notice, I am removing the above identified Motor Vehicle from any future registration, jurisdiction, ownership, title, or claims of "This State" (including The State of Minnesota and the several united states of America). Any contracts, claims, or agreements currently in existence with the State of Minnesota, or "This State", in regard to the aforementioned motor vehicle whether physical or implied are now deemed null and void; effective immediately.

Please provide me at your earliest opportunity a formal document that will serve as evidence of private ownership/ private property status. I'm inclosing a blank check payable to State of Minnesota/ Department of Motor Vehicles where you may fill in the amount to cover any clerical/ data entry costs/ fees necessary to complete this new change in status.

If it's of concern, I have no intention of ever "driving" or "operating" or engaging in any form of "transportation" with the above mentioned "motor vehicle" on any public road in "This State" (see United States Code Title 23/49 & United States Code 18/ 31.

**United States Code 18/ 31,** *(a) Definitions.— (6) Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.)*

Enclosures: 2 Minnesota License Plates (VAR 462)
          Signed Lien Release
          Certificate of Title for a Motor Vehicle (Title # B2510Q379)
          Copy of my Minnesota Driver's License for identification purposes

Sincerely,

David B. Triemert

Return private ownership document(s) and receipt to:
David B. Triemert
2965 Lake Elmo Ave. N. Lake Elmo, MN 55042