
RECEIVED
JUN 14 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David B. Triemert
    Plaintiff(s),

                        Case No. 13-CV-1312 (PJS-JSM)

v.                         **MOTION FOR EMERGENCY INJUNCTIVE RELIEF**

Washington County and
Sheriff William Hutton and
Chief Deputy Sheriff Dan Starry and
Commander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom McCarthy

    Defendant(s).

## MOTION FOR EMERGENCY INJUNCTIVE RELIEF

---

1. David B. Triemert, Plaintiff, in the above-named case hereby moves the United States District Court, District of Minnesota for an Order granting Triemert Preliminary emergency injunctive relief reaffirming his unalienable right to travel freely unencumbered and unfettered upon the public roads and highways in the

SCANNED
JUN 14 2013
U.S. DISTRICT COURT ST. PAUL

United States of America in his private automobile without unlawful interference, harassment, or fear of reprisal from any law enforcement agencies.

2. Triemert's declared right to travel and the exercise thereof is protected under the Constitution of the United States of America, the Declaration of Independence, and well established Supreme Court case law.

3. A Memorandum of Law in Support of this Motion for Immediate Injunctive Relief is supplied to the Court and the Defendants in support of this motion.

This Motion is based upon and supported by the attached Memorandum of Law, statements and claims made in the original Complaint in this case, and the attached Notice for Removal of Motor Vehicle/ Registration from Jurisdiction of "This State"; and Notice to Law Enforcement Agencies regarding the removal of "Motor Vehicle" from jurisdiction of "This State".

Signed this 13th day of June, 2013.

Respectfully submitted,

David B. Triemert
2965 Lake Elmo Avenue N.
Lake Elmo, MN 55042
Phone: (651) 248-7725

By _/s/ David Triemert_

David B. Triemert