UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No.: 13-CV-1312

David B. Triemert,

Plaintiff,

vs.

Washington County and
Sheriff William Hutton and
Chief Deputy Dan Starry and
Comamander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom
McCarthy,

Defendants.

**DEFENDANT CITY OF LAKE ST. CROIX
BEACH MAYOR TOM McCARTHY'S
MOTION TO DISMISS COMPLAINT**

Defendant City of Lake St. Croix Beach Mayor Tom McCarthy, in lieu of

answering the Complaint, moves for the Court to issue an Order dismissing this case

pursuant to Federal Rule of Civil Procedure 12(b)(6).

Said motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) and is based on the

pleadings, files, arguments of counsel, memorandum of law and exhibits to be filed with

the Court at a later date.

LEAGUE OF MINNESOTA CITIES

Dated: June 25, 2013

s/Ryan M. Zipf
Ryan M. Zipf
Bar No. 0261701
Attorney for Defendant City of Lake St.
Croix Mayor Tom McCarthy
145 University Avenue West
St. Paul, MN 55103-2044
Tel: (651) 281-1241
Fax: (651) 281-1298
Email: rzipf@lmc.org