UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID B. TRIEMERT,                                  CIVIL NO. 13-1312 (PJS/JSM)

    Plaintiff,

v.                                                                ORDER/NOTICE OF HEARING

WASHINGTON COUNTY,
SHERIFF WILLIAM HUTTON,
CHIEF DEPUTY SHERIFF DAN STARRY,
COMMANDER CHERI DEXTER,
TOM MCCARTHY,
*Lake St. Croix Beach Mayor*,
JOHN DOES,
JANE DOES, and
SHERIFF DEPUTY NICK SULLIVAN,

    Defendants.

On June 18, 2013, Judge Patrick J. Schiltz referred all dispositive and non-dispositive motions to the undersigned [Docket No. 9]. Defendant City of Lake St. Croix Beach Mayor Tom McCarthy's Motion to Dismiss Complaint was filed on June 25, 2013 [Docket No. 13].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED:

1. On or before July 24, 2013, plaintiff shall serve and file a response to Defendant City of Lake St. Croix Beach Mayor Tom McCarthy's Motion to Dismiss Complaint [Docket No. 13]. The total word count for this memorandum of law shall not exceed 12,000 words.

2. On or before August 7, 2013, defendant may serve and a reply to their Motion to Dismiss, so long as the total word count for the original and reply memorandum does not exceed 12,000 words.

3. A hearing on Defendant City of Lake St. Croix Beach Mayor Tom McCarthy's Motion to Dismiss Complaint [Docket No. 13] is scheduled before the undersigned on August 28, 2013 at 10:00 a.m. in Courtroom 6B, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

4. All motion papers shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.[1]

5. When a response or reply brief is filed, one paper hard copy, three-hole punched, of the pleading and all supporting documents shall be mailed or delivered to Calendar Clerk Katherine Haagenson, 632 U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101, contemporaneously with the documents being posted on ECF.

6. All parties must serve their papers on opposing counsel or the opposing party at the same time as the papers are filed with the Court. If a party fails to serve their papers on opposing counsel or the opposing party, the Court will <u>not</u> consider the contents of the papers filed with the Court.

7. The date documents are mailed shall be the date of service and filing.

---

[1] Plaintiff, as a pro se party, may register to use the Court's Electronic Court Filing System ("ECF"). A copy of the Revised Local Rules regarding ECF may be obtained from the Clerk of Court's Office. If plaintiff does not register to use the Court's Electronic Court Filing System, his documents will be scanned and uploaded to ECF by the Clerk of Court's office staff.

8.      There shall be no <u>ex</u> <u>parte</u> communications by any party or counsel with the Judge.  Therefore, any person seeking to communicate with the Judge in writing must copy the opposing party or counsel with any written communication to the Judge, and all oral communications with the Judge must include the opposing counsel or party.

9.      As plaintiff is presently representing himself, he is reminded of the need to obtain and review a copy of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota.  In addition, plaintiff is directed to the District of Minnesota's webpage: Representing Yourself (Pro Se) on its website.  This webpage contains a collection of resources designed to be of assistance to pro se filers.  Resources include a Pro Se Civil Guidebook, glossary and answers to common pro se questions.

Dated:       June 26, 2013

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge