

**RECEIVED**
BY MAIL
JUL 05 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David B. Triemert

        Plaintiff(s),

                                  Case No. 13-CV-1312 (PJS-JSM)

v.

                                **TEXT OF PLAINTIFF'S ORAL ARGUMENT ON EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

Washington County and
Sheriff William Hutton and
Chief Deputy Sheriff Dan Starry and
Commander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom McCarthy

        Defendant(s).

**TEXT OF PLAINTIFF'S ORAL ARGUMENT ON**

**EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

S C A N N E D
JUL 0 8 2013
U.S. DISTRICT COURT ST. PAUL

Good Afternoon Your Honor

If it would please the court, I would like to start things off by making some comments I've prepared and I ask that these comments be made a part of the official record, may I proceed?

<u>On and for the record:</u>

To anyone who took time to read the memorandum that went out with this motion being heard today, I must admit that some of the case law I presented in the Memorandum was not well researched.

Having just spent three days in jail prior to bringing this action with no access to the law library or law books while there and feeling pressured to file a civil case and injunction against the defendants in order that the Washington County Sheriff's office stop retaliating against me (of which I expect can still extend to my wife and other family members), I was reaching for any case law that might make my point and in so doing I did not come up with the best case law available and for that I do apologize to the Court. I'm now researching new case law that will be on point and I will add that to an Amended Complaint that I plan to file in the near future.

I'm not here today to argue whether or not the defendants did anything wrong or if they are liable to me in some way for damages (we'll get to that in the days ahead) ; rather I'm here today seeking a remedy to a problem resulting from a situation that gets worse with every passing day.

In my Motion for Emergency Injunctive Relief I respectfully demanded that the Court issue an Order reaffirming my unalienable right to travel freely unencumbered and unfettered upon the public roads and highways in the United States of America in my private automobile without unlawful interference, harassment, or fear of retaliation from any law enforcement agencies.

Granted, no court can guarantee me that this Right I claim will not be violated by law enforcement if said Order is granted, however I think it's incumbent upon this court to issue an Order demanding that law enforcement (especially Washington County Sheriff's Office) not interfere with my absolute right to travel on the public roads in my private automobile, and being that no law enforcement agencies (specifically Washington County Sheriff's Office) has ever notified me stating that they will not infringe on this right, there exists a very high probability that they will trample this right I'm claiming, subjecting me to being pulled off the road, assaulted, robbed of my private property, kidnapped, falsely imprisoned, all of which can most certainly lead to great bodily harm or death, should this Motion be denied by the Court.

For the past 28 days I've not been able to go to work and support my family while living with the fear in whereas if I do take to the roads again in my private automobile I will likely be unlawfully pulled over again and charged with more offenses to the Minnesota Traffic Statutes, of which will lead to me filing yet another civil suit in federal court if that's what it takes to make them understand the law and to force their duty to uphold and obey the law and inherent rights of the People as each has sworn to do.

In Defense Counsel's   Response in Opposition to my Motion for Emergency Injunctive Relief Mr Mendez states that my motion is simply too vague in that I don't seek any specific relief. At a minimum, I believe it's very clear that I'm asking the Court for an Order telling the Washington County Sheriff's Office to leave me alone unless I violate common law  or some other statute outside of Minnesota Traffic Laws under Chapter 169 while traveling in my private automobile; and that the  relief  demanded extends to <u>all</u> law enforcement agencies within this court's jurisdiction as the motion states.

Counsel says in his opposition that the four factors required for injunctive relief have not been met: 1. That the threat of irreparable harm to plaintiff is clear and obvious; 2. Balancing the harm any injunction would inflict on others; 3. The probability that plaintiff would succeed on the merits; 4. The effect on the public interest.

1. The threat of irreparable harm. I've already been pulled over on the side of the road by law enforcement where I was jerked out of my car, assaulted, robbed, kidnapped and falsely imprisoned and charged with a slew of crimes under false pretenses. Counsel states for the defendants that there is no clear and present need for relief, yet he states that issuing said order would prevent Washington County Deputies from performing their sworn duties; but depriving a sovereign man of his inherent, unalienable and absolute rights is not part of their sworn duties. It's obvious as to what will happen if I go out on the road again in my private automobile, history will repeat itself again and again until Washington County

Deputies are forced to learn and uphold the law or where they are prevented from doing it again by court order.

The Washington County Sheriff and his deputies are either completely ignorant of the actual law they are trying to enforce, or they are fully aware of the actual law and chose instead to violate my rights in retaliation for the many acts of their corruption I've exposed;  and for many other things I've done to their determent including me putting up the WashingtonCountyCorruption.Com website wherein the sheriff, county attorney, chief judge and six other county officers have their photos on my Most Wanted page along with a listing of criminal charges I've attempted to file/ or filed against them with Washington County Prosecutors, Magistrates, Sheriff Office Employees, the Grand Jury, and United States District Attorney; and then there's another pending federal lawsuit against the Sheriff and six others that I'm sure they would love to see go away; and then there's the actual tipping point that lead to my almost immediate arrest; - my public outcry in opposition to the proposed Sherriff Substation being moved into Lake St. Croix Beach, City Hall.

With this event, the Sheriff allowed me to travel freely throughout the county for two and a half months, no problems or dirty looks whatsoever. And with me still working very hard to prevent the Sheriff's Substation from being moved into the city hall building, I know without a doubt that I am not safe going out on the roads in my private automobile. The Sheriff's Office will not change their ways until a

Court Order is written, or until they seriously hurt or kill someone; and I don't care to be that someone.

2. The harm said injunction would inflict on others. To date, I have not harmed another in my private travels or while exercising the privilege of Driving and its very unlikely based upon my record of having well over 1 million road miles under my belt, all of which have been accident-free, and having gotten only one speeding ticket perhaps fifteen years ago in the course of having been on the road for over 36 years, and having always been in the habit of running mechanically sound automobiles, vehicles, and commercial vehicles – what specific harm would likely come to others with my being on the road in my private automobile if I'm paying attention to the road and exercising great caution as I always do when traveling down the road?

3. Is my Motion likely to succeed on the merits? The only thing that would make it unlikely that I will succeed on the merits, is politics – everything is political. More on that coming up.

4. The effect on the public interest. My travels in said automobile has not had any adverse effect on the general health or welfare of the public nor is it likely to do so based upon my nearly flawless record on the public roads and highways. In a more pointed look at this concern, inherent, absolute, and unalienable rights always existed before any said public interest -- and these rights therefore trump any public interests. What the public wants or think it wants is not always in the best

6

interest of the people overall in the long run – do the Germans wish they may have done things different while looking back at the days of Hitler? In all reality, public interest is always changing. 50 years ago there was a public interest to add fluoride to the public drinking water to promote good teeth, today municipalities around the country (under new pressures of public interest) are pulling it from the water supply over the grave health concerns it is being linked to by professionals in the medical community. I'll address this issue of public interests more in a few minutes.

Moving on, at some point in the near future, with or without this Court granting my Motion for Emergency Injunctive Relief, I will be forced to go out in my private automobile and earn a living at my job to support my family. In the course of doing this, and despite the fact that I do have the inherent, unalienable, and absolute right to travel to and from work while not engaged in commerce, there's a high likelihood that I could end up experiencing a severe deprivation of my inherent rights, or great bodily harm or death at the hands of law enforcement officers (especially the arresting officer, Washington County Sheriff's Deputy, Nick Sullivan) whom of which after my arrest is still on duty in the area where I was stopped by him, and where I'm quite certain that he still fails to understand or acknowledge this natural right that I claim and practice the peaceful exercise thereof.

The political pressure being placed on this Court by The-Powers-That-Be to deny this motion and eventually dismiss this case entirely must be "Great", the last thing the State

wants to see happen in this case is for some average Joe to come along and get a court ruling that might have the potential to upset their revenue stream to some degree, or their control over the people they govern; there's way too many interests and careers to worry about to ever allow that to happen – this is the real Public Interest that I'm up against. And then on the other hand, the Justices in the higher courts realize that if they uphold bad case rulings made in the district courts, then what's good for the goose becomes good for the gander and we'll all wake up one day to realize that the inherent, unalienable, and absolute rights that we all prize and enjoy, will have been stripped away from each and every one of us except for a select few who will be left to control every aspect of our private lives.


Finally on this topic, I recently heard a man talking on the radio who's been around the court system for a couple of decades say that if someone appears pro se in the federal courts, the court will rule against him out of hand at every turn because he is appearing pro se. He then went on to say that it's not that the Courts don't like pro se's because they write stupid pleadings; he said that the courts don't like pro se's because every now and then they come across the pro se from Hell. Now I'm not claiming to be that pro se from hell that this man speaks of, but I can and will say; I'm one pro se that's not going away, at least not without first putting up a good legal ax fight; as I owe nothing less to the countless number of men and women who gave their lives on the battlefield so that I may come here today and fight for justice and what's right. This man on the radio also

provided a political remedy to overcome this manifest bias that surrounds pro se litigants but I won't go into that here. I'll just simply ask that the Court to be fair, to be HONORABLE and use its very best judgment while based on the facts and the law when making any rulings in my case, and that those judgments be made in absence of any <u>fear or favor</u> towards any other party including Special Public Interests.

Moving on, I'm not one of those people who are anti-government, I'm simply anti-corruption in government, and I'm paying a steep price for taking that position, that why I'm here today. And leading further into hearing of this Motion, let the record show that I'm not against having a driver's license. In fact, prior to the unlawful event that brings us here now, I held a perfectly good Minnesota Class A Commercial Driver's License with several endorsements of which only had the one speeding violation against it from fifteen years ago as mentioned earlier.  And for the record, I absolutely deny ever being under the influence of alcohol at any time during or in the hours after the unlawful stop on May 29, 2013. It was simply a matter of knowing that I was being set up and illegally and unlawfully pulled over for my very public opposition and activities regarding the poor choice of moving the Washington County Sheriff's substation into a safety nightmare location at Lake St. Croix Beach City Hall. And then with an agitated and out of control sheriff's deputy threating to break my window, and thereby assaulting me, I refused any to answer any questions or to take any tests. Better to be charged with crimes I didn't commit and could fight later in court than to argue with a rouge, oath-breaking deputy on

the side of the road who's armed to the teeth and whom has proven to have no problem whatsoever violating peoples rights.

Although it makes perfect sense for the defendants to have Counsel appear for them in this matter today, I struggle internally trying to get my head around the idea that someone actually paid an attorney to come here to argue away at my inherent, unalienable, and absolute rights; the very same inherent, unalienable and absolute rights that each of the defendants have and hold dear.

In hearing this Motion, Judge, Counsel for the Defendants has wrote in opposition to have this Motion denied, while explaining his reason for why it should be denied using many of the very words I predicted he'd use to make his point; with those being: Person, Drive/ Driver/ Driving, Operate/ Operator, Vehicle/ Motor Vehicle/ Passenger, Passenger Vehicle, Transport/ Transportation, Driver's License, Registration, Insurance, Traffic, and Regulation.

Now whether he's made use of these words out of an act of personal belief, or complete ignorance, I cannot say, but I know, and this Court <u>absolutely</u> knows, that these very words take us to one place and to one place only: <u>COMMERCE</u>! The Court must then question if Counsel actually knows the legal difference between a person, verses a flesh and blood man of creation, or the difference between an automobile and a vehicle or motor vehicle, or the difference between someone who drives a vehicle verses someone who travels in an automobile, or the difference between a passenger verses a guest, or the difference between personal property verses private property, or the difference between a

right verses a privilege, or the difference between registration and deregistration, or the difference between state issued numbered license plates verses sovereign plates, or the difference between a government regulated activity verses private activity, or the difference between commercial activity verses private activity, or the difference between a commercial obligation verses a commercial right, or the difference between a contract verses a voided contract.

Counsel argues in his Response in Opposition to this motion being heard today, that I am challenging the constitutionality of state statute's, specifically, Traffic Regulations under Chapter 169 of the Minnesota Statutes, this is a mistake on behalf of the Defense, and when I'm done here today, Counsel may see the need to go back and tell his clients that they don't have a legal leg to stand on to win this case.

For the record, I am not challenging any statute under Minnesota Statutes Chapter 169 titled, Traffic Regulations, as Counsel claims that I have in his opposition to this Motion. The protections I claim under the United States Constitution have to do with due process of law secured under the Fifth and Fourteenth Amendments. As for making any claim as to whether or not the Statutes found under Chapter 169 of the Traffic Regulations are Constitutional or not, I'm not concerned either way because my right to travel freely upon the land in my private automobile is not dependent on the Constitution in any way. My rights, my absolute, inherent, and unalienable rights are not given to me by the government, nor are they guaranteed to me by the Constitution. My rights where gifted to me at birth, they expire upon my death, and anyone who tries to infringe upon or regulate

my inherent rights in between now and the time of my death is in for the legal battle of a

lifetime. With that said, and with all due respect for Counsel the six pages of case law he

provided in his opposition to my motion amount to nothing more than a waste of

taxpayers' money on the time it took to research and articulate his findings on the matter.

Perhaps Counsel may also want to apologize to the Court for wasting its time by

including irrelevant case law in his opposition to this Motion. Just a thought.

What Counsel has failed to see, or in fact does see but doesn't want to admit, is that the

State has no proof whatsoever that: I was ever "driving" on May 29th, 2013 when I was

pulled over and arrested; or that I was actually "operating" or in physical "control" of a

"motor vehicle"; or that I was ever engaged in "Commerce". The key word here is

"Commerce". Nearly everything we do in our daily lives is by agreement or commercial

in nature.

The word "Driver" as defined under Minnesota Statutes Chapter 169 is purely

commercial, it depicts an occupation involved in commerce; i.e., bus driver, limo driver,

truck driver, shuttle driver, delivery driver, taxi cab driver, school bus driver, etc. The

word "Driver" in Chapter 169 means "every person who drives or is in actual physical

control of a vehicle". The word "Drive" is an act within the occupation of being a driver.

The word "Person" is also purely commercial, in Chapter 169 , it means: "every natural

person (now there's a circular redundancy),   a firm, co-partnership, association, or

corporation; all of these are commercial fictions including the description, "Natural

Person" – and what's the Rule? "Like things are linked together"!  And a term that is not

defined cannot be defined by itself. If one is a fiction, then they must all be a fiction. Persons and Natural Persons are fictions, no way around it.

The word "Vehicle" in Chapter 169 is defined as "every device in, upon, or by which any person or property is or may be <u>transported</u> or drawn upon a highway", key words here to look at are "person" (of which I just gave the statutory definition for, and "Transported", that word being derived from or in direct correlation to the word "Transportation". And we all know that every state's traffic codes are written and based on United States Transportation Code – and to Regulate what? Transportation, and the commercial activity thereof.

With the word "transportation" not being defined in Chapter 169, I then turn to Blacks Law 9th Edition, where the word "transportation" is defined as "the movement of goods or persons from one place to another by a "carrier". The key words in this definition are goods, persons, and carrier.

The word "Goods" in Blacks 9th, is defined as "Tangible or moveable personal property other than money; esp., articles of trade or items of merchandise . Sounds commercial to me. The word "Carrier" in Blacks 9[th] is defined as "an individual or organization – both words depict fictions (such as a ship-owner, a railroad, or an airline) that Contracts to transport passengers or goods for a fee. Again, another regulated commercial activity.

And then what's a "Passenger"? Blacks LAW 6th Edition defines it as "In general, a person who gives compensation to another for transportation". Compensation and transportation, both commercial words leading to commerce.

Going back to the word "Driver", Bouvier Law Dictionary defines it in (1856) as "one "employed" in conducting a vehicle" (key word is "employed") That sounds like an occupation to me and I agree that all occupations can be regulated by the state.

BLACKS LAW 3rd defines Driver as : one employed in conducting or operating a motor car – key word here again is "employed"

BLACKS LAW 4th  : one employed in conducting or operating a motor car

BLACKS LAW 6th  : a person actually doing driving,   whether employed by owner to drive or driving his own vehicle

BLACKS LAW 9th  **Driver :** a person who steers and propels a vehicle – I thought that vehicles where "self-propelled"? Perhaps Blacks 9th is talking about the Google Street View vehicles that drive themselves around the country filming everyone's homes while accidentally stealing their  **passwords**, emails and other personal information – that's on record, Look it up if you don't believe me.

And then we have MN STAT 169.11 Subd. 24. Defines **Driver.** "Driver" meaning every **person** who **drives** or is in actual physical **control** of a **vehicle**. Believe me when I say, "I Wasn't Driving" , I was Traveling!

My favorite legal definition of all though is "Traffic". Counsel is depending on the Minnesota Statutes under Chapter 169, entitled "**TRAFFIC REGULATIONS**" to make his point and to get this motion denied. Like all other states, Minnesota took its traffic regulation code from the United States Transportation Code. The word "Traffic" in Bouvier Law Dictionary (1856) is defined: commerce, trade, sale or exchange of merchandise, bills, money, and the like.

Blacks 3rd defines traffic: commerce, trade, sale or exchange of merchandise, bills, money, and the like.. the passing of goods or commodities from one person to another for the equivalent in goods or money

Blacks 6th Traffic: Commerce, trade, sale or exchange of merchandise, bills, money and the like. The passing or exchange of goods or commodities from one person to another for an equivalent in goods or money. The subjects of **transportation** on a route as persons or goods; the passing to or fro of persons, animal's, vehicles, or vessels along a route of transportation, as along a street, highway, etc. (See Commerce.)

Blacks 9th, Traffic: Commerce, trade, sale or exchange of merchandise, bills, money and the like. The passing or exchange of goods or commodities from one person to another for an equivalent in goods or money. The subjects of transportation on a route as persons or goods; the passing to or fro of persons, animal's vehicles or vessels along a route of transportation.

And in Minnesota Statute under Chapter 169 "Traffic" is defined as " pedestrians (meaning persons afoot or in wheel chairs), ridden or herded animals, vehicles, streetcars,

and other conveyances, either singly or together, **while using any highway for purposes of travel**.

Question! - "Ridden or herded animals using the highway for travel? They can use the highways without license, registration and insurance but I can't? Perhaps what the authors of this statute really meant was for ridden and herded animals inside of trailers being pulled behind motor vehicles on their way to market, either way it goes to Traffic/ and fictions engaged in commercial activity.

It should be plain for all to see by now that I don't care if the traffic codes under Chapter 169 are constitutional or not because they did not apply to me on May 29th, 2013, while I was peacefully and responsibly traveling upon the public roads in a mechanically sound private automobile while not using the roads to transport passengers, property or cargo or acting in any way for any profit or gain and while I wasn't committing any common law crime, or harming anyone or their property, or their inherent rights, or causing any opportunity or any actual harm to come against the health and welfare of the general public, or breaching the peace.

On the other hand, had I been driving my wife's registered motor vehicle that day on May 29th with driver's license in my pocket and insurance in the glove box and where I went out on the public roads in my Person as someone in physical control of a vehicle, and Sheriff's Deputy Nick Sullivan had reasonable suspicion or probable cause to believe

that I had violated any traffic code under Chapter 169, I would then have been subject to the force of every traffic regulation in statute, and I find nothing wrong with that.

Driving is a regulated privilege that has its place in a peaceful society. Travel in one's private automobile is a Right and also has its place in a peaceful society; and it just so happens that the act of traveling in one's automobile goes back a lot further in history than does driving a motor vehicle. In fact, traveling by horseless carriage began in 1769 with the first steam-powered automobile being built by Nicolas Joseph Cugnot of France of which is recognized by the British Royal Automobile Club and the Automobile Club de France as being the first of its kind.

The first "horseless carriage" was invented in America by Brothers Frank and Charles Dur yea in 1893. It had a single cylinder, 2-cycle engine that had to be hand-cranked to be started. In 1904 Henry Ford invented the first automotive production line to mass produce automobiles, but he did not invent the concept of the automobile itself. His most widely known contribution to modern automotive design, other than mass production, was the Ford Model T. The very first one of its kind rolled off the assembly line on September 27, 1908. Historically speaking, the automobile has been around, albeit in various forms, for far longer than the rules and regulations currently being used to subvert its ownership and use.

So, which came first, the "horseless carriage" or the Traffic Regulations/ Transportation Code and all its related regulations? When the first one of those new-fangled horseless

carriages was purchased did the owner first have to seek permission from some government official or agency in order to acquire and make use of this new property? When did the People grant any level of government the power to deny the Citizen in the use of his own private property when that use causes imminent perceivable harm to no one? How did we come to accept the idea that we must surrender our rights in our own property to our public servants so they could dictate to us how and when we could use it? Which existed first, the People's private right to own and use property, including a horseless carriage, or, the government's power to regulate the use of the horseless carriage as a "motor vehicle?" Doesn't the right of private ownership inherently include the use of that property for its originally designed and intended purpose? Wasn't the original design and intended purpose of the horseless carriage, now commonly known as the "automobile", to introduce and provide to the public a new and improved method of privately owned locomotion that would eventually replace the horse?

Did the people originally need government permission in the form of a license for themselves, or for their horse, wagon, or horseless carriage, in order to use either for the purpose of traveling or moving their private property from one place to another? How would George Washington have felt if he had been informed by the local sheriff that he would be unable to cross the Delaware because the license stickers on the boats he wanted to use were expired? Would Mr. Washington have accepted this restraint on his ability to act freely by simply resigning himself to waiting for the public ferry to open in

the spring or for some accommodating soul with a registered boat to come along and offer him a lift?

What Counsel and the Washington County Sheriff's Office has failed to see is that I took my private automobile out of the jurisdiction of "This State", (which includes the State of Minnesota) when I notified the Department of Public Safety and Department of Motor vehicles by Certified Mail (reference Exhibit B to my Complaint filed) that I was cancelling any **contracts** or **agreements** I may have made with the State, whether physical or implied, effective immediately; and they received said Notice on or around March 12th, 2013. In effect, what I did was that I divorced my private automobile from the State, and as in any finalized divorce between a married man and woman, neither party to the divorce has any legal attachment to the other thereafter except what a judge might order that they do or perform. With that said, the State cannot compel or cause to compel me into staying in any personal, business, or contractual relationship that is against my will and lacking my consent; and it's all really simple to understand what I'm saying here once we mentally break through the paradigm that the State can't regulate our travels in our private automobiles. And to date, No Judge, or lawful authority has ruled or ordered that I cease and desist from using the public roads and highways for the purpose of traveling about the land freely unencumbered and unfettered in my private automobile while not using the highways for profit or gain. Instead, I just get carjacked by a thug that runs

with a criminal street gang know in some parts as the Washington County Sheriff's Office.

Moving on, let me state that it is my position that this Motion being heard today, and whether or not it should be granted by this Court, hinges not so much on whether or not I provided good case law (or if Counsel provided applicable case law); but rather whether or not Counsel for the Defendants can attach or create a commercial nexus between me and my private automobile to the controlling words found under Chapter 169 of the Minnesota Traffic Codes. Can't be done.

Additionally, Counsel must show where the State or the Washington County Sheriff's Office gets the authority in law to require a license and registration and thereby have the right to restrict, and regulate my travels in my private automobile, wherein the defendants knowingly lack my consent, acquiescence, or any contract or quasi-contract made by me to that effect.

Continuing, under what law, statute, or case law do said defendants feel so empowered by as to believe that they can unlawfully stop, assault, arrest, rob, kidnap, falsely imprison, charge me with a host of commercial traffic or transportation offenses under Minnesota Chapter 169, and deprive me of my inherent, unalienable, and absolute rights and thereby commandeer my life and property if in fact I was at no time prior to or during the unlawful stop operating under license or state authority or regulation, or in

commerce on the highways for commercial purposes and realizing profit or gains, or harming anyone or their property or their inherent, unalienable, and absolute rights while not breaching the peace?

And under what law, or statute in law do said defendants get their authority as a "municipal corporation" and as corporate employees, to harass or interfere with my absolute right to travel about the land in my private automobile in the enjoyment of my private life so long as I'm not harming another, or their property, or their inherent rights while acting in my natural sovereign capacity of a flesh and blood being of Creation with consciousness and a soul?

Minnesota Statutes Chapter 169 applies to fictions (persons and drivers) and I am not a fiction. I can't be a person, or a driver, or a firm, or a corporation, or an association, or an organization, or an entity, without making an agreement, signing a contract, giving consent, assuming the role of or acquiescing to assume any such status offered to me or placed on me by another without my consent.

Neither "This State", nor the State of Minnesota can cause or work to compel a flesh and blood sovereign being of Creation into any act of Commerce involving driver's licensing or motor vehicle registration or otherwise prevent him from enjoying full use of the public roads in his private automobile if it is against his will, and any attempt to do so brings us to fraud, and slavery; and wasn't Slavery outlawed in 1865?

I owe no such duty to the State of Minnesota or the federal zone of "This State" to obtain a driver's license, and to register my private property with the State in order that I may go about my private life and travel on the public roads in my private automobile according to my inclination, and there is no Court in The Land that could cause, or work to compel one to become a servant or slave to the state in having his freedom of movement restricted in any way while peacefully traveling in his well-maintained private automobile while not in commerce; and for any Court to pretend otherwise is an absurdity.

The authorities in law point out that the RIGHT to own or hold property includes the RIGHT to use it. The reasonable use of an automobile is to travel upon the streets or highways, to which I claim the inherent, unalienable and absolute right to do in my sovereign, flesh and blood man capacity without unlawful interference or harassment from law enforcement.

# Conclusion

In conclusion, the lack of personal service on all defendants in this case has been perfected on July 1st, 2013. The Court can then determine providing Counsel agrees , to hear this motion today, or I can go back and re-file my motion and set it for hearing at a later date but either way it needs to be heard and ruled on.

Next, is Counsels failure to provide a clear and convincing argument as to why this Motion for Emergency Injunctive Relief should not be granted? In my Motion for

Emergency Injunctive Relief I respectfully demanded that it apply to all law enforcement within this Court's jurisdiction, and that includes the Washington County Sheriff's Office. If it would make things easier on the Court by applying said order to include only employees of the Washington County Sheriff's Office, that would be fine by me because they are the only ones I've had a problem with so far and that I will most certainly continue to have problems with in the future because of my political activities that have publically exposed their long train of criminal acts they've committed, along with my ongoing efforts to rout out this corruption and bring its actors to justice.

At present, I have now filed or attempted to file over 60 criminal charges "**amongst**" the Washington County Sheriff, the County Attorney, the Chief Judge, and a half dozen or so sheriff's deputies all of which are posted on my website, Washington County Corruption. Com. In addition I still have another pending federal lawsuit against the Sheriff, County attorney and five other government actors for obstructing and secreting an envelope of my criminal complaints mailed to the grand jury and then their using the St. Paul Police Department Bomb Squad to open my envelope after the County made the determination that it constituted "Suspicious Mail" after it sat in their office and the sheriff's property room for 21 days, and then they placed it back in the property room where it still sits today almost 2 years later. I'm also filing four separate bar grievances this week against the prosecuting attorney in the criminal case the County has against me for her numerous violations of the lawyers code of conduct, and in the coming weeks I'll be working on sending out multiple judicial conduct complaints and criminal complaint on each of eight

Washington County District Court Judges, as soon as I can get around to doing that. And then today I planned to be at the Washington County Commissioners meeting first thing this morning to put them on notice regarding the endless corruption I've unearthed over the past two years in dealing with Washington County, but I couldn't attend because of time constraints, but I'll be there at next month's meeting and wherein I don't expect to be greeted with open arms by any of the county officials. And then later this month I'll be attending the Lake St. Croix Beach City Council meeting where the Sheriff's Office is supposed to show up and comment further on moving the sheriff substation into the city hall property, and where I will read into the Public Record a letter I sent to City Council Member Cindie Riter of which she statically failed to read into the Record at last month's council meeting while I was unable to attend, of which addresses the proposed substation and the city's willful violation of the Government Data Practices Act and their most certain obstruction to release any data to me regarding the sheriff's substation. In all, the Washington County Sheriff doesn't like me and he'll have no problem having one of his henchmen drag me back to jail if I'm seen on the road in my private automobile again; and why not if he can get away with it, he's gotten away with it this far.

As for his deputies, I'm quite certain that most every one of them would risk their life to save a strangers life, but then on the flip side I doubt that there's one deputy working for the sheriff's department that will not disobey an unlawful order if handed down by the sheriff. They've done it before and they will do it again unless prevented from doing so by Court Order.

In closing with these comments, it is not incumbent on me to prove that I have an inherent, unalienable, and absolute right to travel freely unencumbered and unfettered upon the public roads and highways in my private automobile so long as I'm not engaged in any form of commerce; rather it is incumbent on me to claim and exercise that right; which then makes it incumbent upon opposing Counsel or the State to show why I should be deprived of or regulated in that right, without due process of law.

With all of that said, I respectfully move this Honorable Court for an Order with regard to the Emergency Motion for Injunctive Relief on file, and or at a minimum enjoining the Washington County Sheriff's Office and its Deputies, from infringing on or depriving me of said rights stated herein.

Thank you.

David Triemert