UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David B. Triemert,                                                   13-1312 (PJS/JSM)

        Plaintiff,

vs.                                              **DEFENDANTS' WASHINGTON COUNTY SHERIFF WILLIAM HUTTON, CHIEF DEPUTY DAN STARRY, COMMANDER CHERI DEXTER AND SHERIFF'S DEPUTY NICK SULLIVAN MOTION TO DISMISS COMPLAINT**

Washington County and
Sheriff William Hutton and
Chief Deputy Sheriff Dan Starry and
Commander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom McCarthy and
John Doe(s) and Jane Doe(s),

        Defendants.

      Defendants Washington County, Sheriff William Hutton, Chief Deputy Dan Starry, Commander Cheri Dexter and Sheriff's Deputy Nick Sullivan move the Court to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6), and is based upon the files, records, memorandum of law and proceedings submitted in accordance with the Federal Rules of Civil Procedure.

2

                                            CARLSON & ASSOCIATES, LTD.

Dated: July 17, 2013                By /s/ Nigel H. Mendez
                                                 Nigel H. Mendez
                                                 Atty. Reg. No. 0347917

                                                 1052 Centerville Circle
                                                 Vadnais Heights, MN 55127
                                                 Telephone: (651) 287-8640
                                                 Fax : (651) 287-8659
                                                 nmendez@carlsonassoc.com

                                           ATTORNEYS FOR DEFENDANTS
                                           WASHINGTON COUNTY, SHERIFF
                                           WILLIAM HUTTON, CHIEF DEPUTY
                                           SHERIFF DAN STARRY, COMMANDER
                                           CHERI DEXTER AND SHERIFF'S DEPUTY
                                           NICK SULLIVAN