UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID B. TRIEMERT,   CIVIL NO. 13-1312 (PJS/JSM)

    Plaintiff,

v.   <u>ORDER</u>

WASHINGTON COUNTY, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 16, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Emergency Injunctive Relief [Docket No. 4] is DENIED.

Dated: 09/03/2013

                                         s/Patrick J. Schiltz
                                         PATRICK J. SCHILTZ
                                         United States District Judge