November 1, 2013

Magistrate Janie Mayeron
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101



RECEIVED
BY MAIL
NOV 04 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Re: request to proceed with discovery.
District Court File Number: 13-CV-1312 (PJS-JSM)

Dear Magistrate Mayeron:

I am the plaintiff proceeding pro se in the above entitled matter, and would like to begin
serving my discovery requests upon the defendants to enable me to prove-up my claim
against them.

At this time, may I begin to serve my interrogatories, admissions and demand for the
production of documents?

By copy of this correspondence the same is being mail this date to Ryan M. Zipf, and
Nigel H. Mendez, counsel for the defendants.

If you have any questions or concerns I can be reach at the number and address below.
Thank you very kindly for your courtesy and cooperation in this matter.

Very truly yours,

David B. Triemert
Pro se
2965 Lake Elmo Avenue N
Lake Elmo, MN 55042
(651) 248-7725


cc: Ryan M. Zipf, and Nigel H. Mendez, counsel for the Defendants.



SCANNED
NOV 04 20
U.S. Dis



RECEIVED
BY MAIL

November 1, 2013

T Riemert
945 Lake Elmo Ave
Lake Elmo, MN 55042

RECEIVED
BY MAIL

NOV 04 2013

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SAINT PAUL MN 550

01 NOV 2013 PM 3 L

U.S. District Court
316 N. Robert st.
St. Paul, MN 55101

5510114 7783

CLERK, U.S. DISTRI
NOV 04 201
ST. PAUL, N

RECEIVE
BY MAIL