# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David B. Triemert

    Plaintiff,

                         Case No. 13-CV-1312 (PJS-JSM)

    v.

                         **CERTIFICATE OF SERVICE**
                         **BY U.S. MAIL**

Washington County and
Sheriff William Hutton and
Chief Deputy Sheriff Dan Starry and
Commander Cheri Dexter and
Sheriff's Deputy Nick Sullivan and
Lake St. Croix Beach Mayor Tom McCarthy

        Defendant(s).



SCANNED
NOV 04 2013
U.S. DISTRICT COURT ST. PAUL